**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

LIDIA YULISA GOMEZ LUIS,

    Petitioner,

v.

CHRISTOPHER BULLOCK, New Orleans
Field Office Director of Immigration and
Customs Enforcement, Enforcement and
Removal Operations,

    Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

No. 2:26-cv-02842-SHL-cgc

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner's Petition (ECF No. 1), filed July 12, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 9), filed July 16, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 29, 2026
Date